# ATTENTION!

King of Freight will no longer be processing bills or billing related documents via email!

**IF ALL OF THE NECESSARY PAPERWORK IS NOT UPLOADED TO KOF's WEBSITE WITHIN 3 BUSINESS DAYS AFTER DELIVERY, RATE MAY BE SUBJECT TO A 10% REDUCTION!**

Not receiving the necessary paperwork on-time causes King of Freight to extend larger credit lines and hurts our relationship with the customer, as it delays invoicing.

We have created an upload portal at www.kingoffreight.com/bol_upload for you to submit BOLs or other related documents.

Unless the Rate Confirmation states otherwise, DO NOT send required documents via e-mail or standard mail, as all bills and/or required paperwork must be submitted through our website or you will not receive payment for this load!

If you have any questions or need assistance please contact us at: 316-260-4392

Thank you for doing business with King of Freight!

EXHIBIT 2.

KOF000026

# King of Freight

**IMPORTANT! BOL Upload Key:'7T3-DW8'**

| | |
|---|---|
| Order #: 1096311 | Type of Truck: Step Deck |
| Carrier: VIVA EXPRESS INC | MC #: 830274 |
| Pick Date: 08/16/19 | Delivery Date: 08/19/19 |
| Pick Time: 09:30:00 PST | Delivery Time: 08:00:00 CST |
| PO #: JSW 1800 08/16 8am Truck 6/7 Order 2 | Cost: $8500 |
| PU #: GR 20330 Truck 6/7 Order 2 | Term: 30 days after receiving proof of delivery |

**Mailing Check To (PAYEE):**
Wex Fleet One
c.o VIVA EXPRESS
PO BOX 94565
CLEVELAND, OH 44101-4565

**Product Description:**
11FT 4IN WIDE 11FT 7IN TALL NEEDS PERMITS!!!
---
!!Extremely Important!! RIGGERS HAVE BEEN SCHEDULED AND THE PICK UP APPOINTMENT IS FIRM!! Failure to make pick up appointment may result in rate reduction.
---
23ft spc - Permit Load Commodity: JSW 1800 Injection Unit - crated no tarp wgt: est 66, 138 lbs PU: Appts set 08/16 8a DEL: 8a 08/19 Must call receiver ahead of schedule with good etas as there is one receiving dock and a crane being rented for unload
*IMPORTANT* IF THE LOAD REQUIRES SPECIFIC EQUIPMENT, IT MUST BE USED. THE DRIVER MUST LOAD THE AGREED-UPON WEIGHT/PICKUP NUMBERS AT ALL PICKUP LOCATIONS AND MEET THE PICKUP AND DELIVERY APPT TIMES. IT IS DRIVER'S RESPONSIBILITY TO HAVE ALL PAGES OF BOL SIGNED AND TURNED IN. IF ALL PAGES ARE NOT SIGNED AND TURNED IN, PAYMENT WILL BE HELD AND IT WILL BE CARRIER'S RESPONSIBILITY TO OBTAIN AND SUBMIT NECESSARY PAPERWORK. IT IS DRIVER'S RESPONSIBILITY TO DELIVER MATERIAL TO ALL LOCATIONS AS LISTED ON BOL UNLESS LISTED OTHERWISE ON THIS RATE CONTRACT. KING OF FREIGHT DOES NOT PAY DETENTION, TONU FEES, OR LAYOVERS, BUT WILL ADDRESS ALL ISSUES WITH OUR CUSTOMER ON A CASE BY CASE BASIS. FAILURE TO MEET ANY OF THE AFOREMENTIONED IS SUBJECT TO RATE DEDUCTION AT CUSTOMER'S DISCRETION.

**Weight: 66,138 LBS.**

| **Shipping From Address** | **Shipping To Address** |
|---|---|
| COOPER STEVEDORING (LB F204/205) | ENGINEERED PLASTIC COMPONENTS INC |
| 1525 PIER F, BERTH #206 | 655 INDUSTRIAL DRIVE |
| LONG BEACH, CA 90802 | LEBANON, KY 40033 |
| 316-655-2559 | 270-692-5913 |

**Billing Instructions**

**\*\*\*KOF now has an online billing system in order to invoice us and receive payment\*\*\***

1. To receive payment, please submit the Bill of Lading ('BOL') and any other documentation requested on the rate confirmation or by King of Freight ('KOF') (i.e Scale Tickets, Weight Tickets, etc.).

2. The link for 'Submit BOL' can be found on our homepage (www.kingoffreight.com) by scrolling down to the tabs in the middle of the page.

3. You will first need to enter the order number and then enter the BOL Upload Key found on the Rate Confirmation.

4. Next, attach the BOL and any other required documentation by clicking 'Choose File' and selecting the file. DO NOT Upload this Rate Confirmation with the BOL and Other Documents.

5. Lastly, enter an email address that you would like the acknowledgment of receipt to be sent to, verifying the upload was successful. You will then be 'on the clock' to get paid for the submitted load, subject to all other terms and agreements.

**IMPORTANT NOTICE**
**IF ALL OF THE NECESSARY PAPERWORK IS NOT UPLOADED TO KOF's WEBSITE (www.kingoffreight.com/bol_upload) WITHIN 3 BUSINESS DAYS AFTER DELIVERY, RATE MAY BE SUBJECT TO A 10% REDUCTION. Not receiving the necessary paperwork on-time causes King of Freight to extend larger credit lines and hurts our relationship with the**

KOF000027

customer, as it delays invoicing.

If your name is not on "PAYEE," you will not get paid for this load.  If you are a factoring company and do not see your company name as "PAYEE," please contact KOF for a new rate confirmation.  If a rate contract requires original copies, you need to mail the original copies to KOF.

Case 6:21-cv-01202-EFM-TJJ     Document 1-2     Filed 08/18/21     Page 3 of 4

If your name is not on "PAYEE," you will not get paid for this load.  If you are a factoring company and do not see your company name as "PAYEE," please contact KOF for a new rate confirmation.  If a rate contract requires original copies, you need to mail the original copies to KOF.

KOF000028

1. Carrier agrees that an authorized Carrier representative has read and agrees to the terms of King of Freight's ('KOF') Motor Carrier/Broker Agreement located on KOF's website home page. The link for the Motor Carrier/Broker Agreement can be found on the front page. Scroll down the page to the tabs in the middle and the link for the 'Carrier/Broker Agreement' is below 'Submit BOL *New*'  This Rate Confirmation constitutes an addendum to that Agreement.  Unless the Carrier provides KOF with written objections to its terms, at the earlier of within twenty-four (24) hours of receipt or upon work being initiated, Carrier is deemed to have agreed to the terms in the Carrier/Broker Agreement and in this Rate Confirmation.

2. KOF agrees to pay the rates and charges shown above and no different tariff rate or schedule of rates apply.

3. This rate is contingent upon successful and on-time completion of all load terms presented to Carrier and rate may be subject to reduction if carrier fails to complete any shipment terms and conditions.  Rate may be reduced if load picks up or delivers after originally scheduled time and date.  Failure to haul the contracted weight may result in a rate deduction. If  Carrier cancels a load that has already been tendered, Carrier can be subject to a reduction up to $250. Failure to adhere to any term or condition may also result in Carrier being reported to online loadboards, such as Internet Truckstop, DATS, etc.

4. Carrier agrees that it will not re-broker, assign, or interline shipments without KOF's prior written consent and that if Carrier violates this provision Carrier forfeits its right to be paid for the transportation services in this Rate Confirmation. If Carrier breaches this provision, Carrier assumes liability for any loss incurred regarding the shipment.

5. Accessorial charges (including but not limited to labor, detention, and/or layover charges) must be authorized and approved prior to or at time of occurrence.  KOF will not provide any reimbursement of any non, prior-approved accessorial charges.  The Carrier is liable for labor charges, facility charges, crane charges and/or any other loss which is the result of Carrier missing a pickup or delivery appointment time.  Carrier shall ensure the bill of lading is notated either when handling is required or when detention occurs, that the Carrier obtains applicable receipts, and that both the bill of lading and receipts are included as supporting documents with the Carrier's invoice.  All overage, shortage, and damage must be reported to KOF immediately, at time of occurrence, and noted on the bill of lading.

6. KOF's Customer requires that Carrier provide tracking updates for this shipment, through KOF, around the following events: arrival at and departure from Shipper(s) within thirty (30) minutes of occurrence; a minimum of one check call per day, prior to 10:00am, each day that Carrier is in possession of this shipment; and arrival at and departure from Receiver(s) within thirty (30) minutes of occurrence.  Any problems or issues with the shipment must immediately be reported to KOF.

7. If Carrier is able to deliver, but refuses to deliver a shipment by the suggested delivery date and time, Carrier agrees to pay KOF a minimum penalty of $50 for every hour after the suggested delivery time that the Carrier refuses to deliver the shipment.  The Carrier agrees to be liable and to hold KOF harmless for any losses or damages caused by its intentional refusal to deliver.

8. If there is damage to the cargo or other property, Carrier agrees to promptly comply with all reasonable claim requests from KOF.  In such an instance, Carrier also agrees that KOF may reduce the rate to offset damages.  Carrier acknowledges that it is subject to suit for damage or loss to any cargo while the cargo is in Carrier's custody or control.  Carrier agrees that any legal proceeding arising out of or in connection with this shipment shall be brought exclusively in the Sedgwick County District Court of Kansas or the United States District Court for the District of Kansas at Wichita, Kansas, and that the laws of the State of Kansas will apply.

9. Pursuant to the parties Motor Carrier/Broker Agreement, Carrier will provide an amount of active cargo insurance coverage sufficient to cover the loss or damage of any commodities and cargo carried.  Carrier's cargo insurance policy must not exclude from coverage any commodities or cargo carried on this order.  If Carrier's cargo insurance policy contains a schedule of covered vehicles, Carrier will not transport any cargo on this shipment using a vehicle that is not listed as a scheduled vehicle on Carrier's cargo insurance policy.

Print Name: Sam Dormash

Signature: *Sam Dormash*

Date: 08/16/19

**Thank You for doing business with King of Freight! Please Bill Hard Copy to:**

**KING OF FREIGHT**
110 S. Main St. Suite 300
Wichita, KS 67202

Broker: TYLER MILLER Business Phone: 316-530-8112 Mobile Phone: 316-655-2559
Accounts Payable/Receivable: 316-260-4392
Dispatch: 316-530-8119 or 316-530-8343

*You must still submit required paperwork through our website (www.kingoffreight.com), even if hard copy is mailed to address above.

KOF000029