IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ENGINEERED PLASTIC COMPONENTS, INC., | ] ] ] |
| *Plaintiff,* | ] ] |
| vs. | ] ] Case No. 6:21-cv-01202 |
| KING OF FREIGHT, LLC & VIVA EXPRESS, INC., | ] ] ] ] |
| *Defendants.* | ] |

**PLAINTIFF ENGINEERED PLASTIC COMPONENTS, INC.'S DISCLOSURE OF CORPORATE INTERESTS**

COMES NOW Plaintiff Engineered Plastic Components, Inc., by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, states as follows for its Disclosure of Corporate Interests:

Engineered Plastic Components, Inc. is an Iowa corporation with no parent corporation or publicly held corporation owning 10% or more of its stock.

Dated:  August 20, 2021.

                                                                        Respectfully submitted,

                                                                         HUTTON & HUTTON

                                                                         /s/ Blake A. Shuart, #24463
                                                                         Blake A. Shuart, #24463
                                                                         J. Darin Hayes, #16755
                                                                         8100 E. 22nd St. N., Bldg. 1200
                                                                         Wichita, Kansas 67226
                                                                         Phone: (316) 688-1166
                                                                         Fax: (316) 686-1077
                                                                         E-Mail: Blake.Shuart@huttonlaw.com
                                                                         *Attorney for Plaintiff*

1

2

*Pro Hac Vice Application to be Submitted:*

**WHITFIELD & EDDY, P.L.C.**
699 Walnut St., Suite 2000
Des Moines, IA  50309
Telephone: (515) 288-6041
Fax: (515) 246-1474
Email: goudelock@whitfieldlaw.com
gral@whitfieldlaw.com


By   */s/ Gary D. Goudelock Jr.*
Gary D. Goudelock, Jr.

By:   */s/ Nicholas J. Gral*
Nicholas J. Gral