UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ENGINEERED PLASTIC COMPONENTS, INC., <br><br> *Plaintiff,* <br><br> vs. <br><br> KING OF FREIGHT, LLC & VIVA EXPRESS, INC., <br><br> *Defendants*. | Case No. 6:21-cv-01202-EFM-TJJ |

## STIPULATION OF VOLUNTARY DISMISSAL

NOW COMES plaintiff, through its counsel of record, and voluntarily dismisses this action with prejudice, by stipulation of the appearing parties, pursuant to F.R.C.P. 41(a)(1)(A)(ii). The appearing parties stipulate that each shall bear their own costs in this action.

Further, defendant King of Freight, LLC, through its counsel of record, agrees to dismissal of its cross-claim against defendant Viva Express, Inc., without prejudice to refiling.

Defendant Viva Express, Inc. has not appeared in this action.

It is SO STIPULATED TO BY THE PARTIES WHO HAVE APPEARED:

| | |
|---|---|
| HUTTON & HUTTON LAW FIRM, LLC | HINKLE LAW FIRM LLC |
| /s/ Blake A. Shuart, #24463 | /s/ Paul J. Skolaut, #22143 |
| Blake A. Shuart, # 24463 | J. Philip Davidson, #14642 |
| Hutton & Hutton Law Firm, L.L.C. | Paul J. Skolaut, #22143 |
| 8100 E. 22nd St. N., Bldg. 1200 | 1617 N. Waterfront Parkway, Ste. 400 |
| Wichita, Kansas 67206 | Wichita, Kansas 67206 |
| Phone: 316-688-1166 | Phone: (316) 267-2000 |
| Fax:   316-686-1077 | Fax: (316) 264-1518 |
| Blake.Shuart@huttonlaw.com | pdavidson@hinklaw.com |
| *Attorneys for Plaintiff EPC* | jskolaut@hinklaw.com |
| | *Attorneys for Defendant King of Freight* |

WHITFIELD & EDDY, P.L.C.

/s/ Gary D. Goudelock, Jr., *pro hac vice*
*Attorneys for Plaintiff EPC*